UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X Case No. 26-cv-04446-NCM

2281 CHURCH AVENUE LLC

Appellant

-against-

LORI LAPIN JONES, FLUSHING BANK,

Appellees

-------------------------------------------------------------- X **NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that the above-named Appellant, 2281 Church Avenue LLC, hereby appeals to the United States Court of Appeals for the Second Circuit, from the Memorandum & Order of the Court entered on August 20, 2026 (Document 8) of the Honorable Natasha C. Merle, United States District Judge.

Dated: New York, New York
August 22, 2026

Respectfully Submitted,

**LAW OFFICES OF K.C. OKOLI, P.C.**
Attorneys for Appellant
2281 CHURCH AVENUE LLC
5 Penn Plaza, 19th Floor
New York, New York 10001
(212) 564-8152

By: _________/s/_______________
K.C. OKOLI, ESQ.

**For Service On:**

LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue, Suite 201

Wantagh, NY 11793
Attorneys for Appellee Lori Lapin Jones

Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Boulevard, 2nd Floor
Uniondale, NY 11553
Attorneys for Flushing Bank